CGFD20 (12/1/09)



**ORDERED in the Southern District of Florida on March 3, 2011**

**Laurel M Isicoff**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 11−13069−LMI**
**Chapter: 11**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Intracoastal Hospitality LLC
dba The Water Club
3969 NE 163 St
N Miami Bch, FL 33160

EIN: 26−2815582

## ORDER DISMISSING CASE

It has been brought to the attention of the court that the debtor has failed to file or correct deficiencies in the item(s) indicated below by the **February 24, 2011** deadline date. The debtor was advised of these requirements in either a clerk's notice of filing requirements or by separate order of the court.

**Schedule A due 02/24/2011**
**Schedule B due 02/24/2011**
**Schedule D due 02/24/2011**
**Summary of Schedules due 02/24/2011**
**Schedule E due 02/24/2011**
**Declaration Re: Schedules due 02/24/2011**
**Schedule F due 02/24/2011**
**Schedule G due 02/24/2011**
**Schedule H due 02/24/2011**
**Statement of Financial Affairs due 02/24/2011**

The debtor has not met this deadline. Therefore, it is **ORDERED** that:

*Page 1 of 2*

1. In accordance with 11 U.S.C. § 105(a), this case is dismissed with prejudice as to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the above–named debtor earlier than 180 days from entry of this order.

2. (If applicable) the trustee shall file a final report within 14 days of entry of this order.

3. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, $ **0.00** for the balance of the filing fee as required by Local Rule 1017–2(E). Payment must be made in cash, money order or cashier's or "official" check. Any funds remaining with the trustee shall be applied to this balance in accordance with the Bankruptcy Code and Local Rule 1017–2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

4. In accordance with Local Rule 1002–1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

# # #

The clerk shall serve a copy of this order on all parties of record.

*Page 2 of 2*